United States District Court
Southern District of Texas
**ENTERED**
March 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODDIE MORGAN, | § | |
| Plaintiff. | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-00850 |
| GOODMAN MANUFACTURING COMPANY, INC., | § § § § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 7, 2020, Defendant's Motion for Summary Judgment (Dkt. 28) and Plaintiff's Motion for Partial Summary Judgment (Dkt. 36) were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 64. On March 10, 2021, Judge Edison filed a Memorandum and Recommendation (Dkt. 68) recommending that both motions (Dkts. 28,36) be **DENIED**, and that this case proceed to trial on the merits.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 68) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's Motion for Summary Judgment (Dkt. 28) is **DENIED**; and

(3) Plaintiff's Motion for Partial Summary Judgment (Dkt. 36) is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 26th day of March 2021.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE